# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ADIRONDACK MEDICAL CENTER<br>2233 State Route 86<br>Saranac Lake, NY 12983-0471, | ) ) ) ) ) |
| ALICE HYDE MEDICAL CENTER<br>133 Park Street<br>Malone, NY 12953-1243, | ) ) ) ) |
| ASHTABULA COUNTY MEDICAL CENTER<br>2420 Lake Avenue<br>Ashtabula, OH 44004-4970, | ) Civil Action No. _____ ) ) ) |
| AUDRAIN HEALTH CARE, INC<br>d/b/a AUDRAIN MEDICAL CENTER<br>620 East Monroe<br>Mexico, MO 65265-2919, | ) ) ) ) ) |
| AURELIA OSBORN FOX MEMORIAL HOSPITAL<br>d/b/a A.O. FOX MEMORIAL HOSPITAL<br>One Norton Avenue<br>Oneonta, NY 13820-2697, | ) ) ) ) ) |
| BAPTIST HEALTH HOSPITALS<br>d/b/a BAPTIST MEDICAL CENTER STUTTGART<br>1703 North Buerkle Street<br>Stuttgart, AR 72160, | ) ) ) ) ) |
| BAPTIST MEMORIAL HOSPITAL-<br>BOONEVILLE, INC.<br>100 Hospital Street<br>Booneville, MS 38829-3354, | ) ) ) ) ) |
| BASSETT HOSPITAL OF SCHOHARIE COUNTY<br>d/b/a COBLESKILL REGIONAL HOSPITAL<br>178 Grandview Drive<br>Cobleskill, NY 12043-5144, | ) ) ) ) ) |
| BAY AREA HOSPITAL DISTRICT<br>d/b/a BAY AREA HOSPITAL<br>1775 Thompson Road<br>Coos Bay, OR 97420-2198, | ) ) ) ) ) |

BENEFIS HOSPITALS, INC.                         )
1101 26th Street South                          )
Great Falls, MT 59405-4304,                     )
                                                )
BLESSING HOSPITAL                               )
1005 Broadway                                   )
Quincy, IL 62301-2834,                          )
                                                )
BOTHWELL REGIONAL HEALTH CENTER                 )
601 East 14th Street                            )
Sedalia, MO 65301-5972,                         )
                                                )
CAMPBELL COUNTY MEMORIAL HOSPITAL               )
501 South Burma Avenue                          )
Gillette, WY 82716-3426,                        )
                                                )
CAPE COD HEALTHCARE INC.                        )
d/b/a CAPE COD HOSPITAL                          )
25 Communication Way                            )
Hyannis, MA 02601-5203,                         )
                                                )
CAPITAL REGION MEDICAL CENTER                   )
1125 Madison Street                             )
Jefferson City, MO 65101-5200,                  )
                                                )
CAROLINAEAST MEDICAL CENTER                     )
d/b/a CAROLINAEAST HEALTH SYSTEM                 )
2000 Neuse Boulevard                            )
New Bern, NC 28560-3449,                        )
                                                )
CATSKILL REGIONAL MEDICAL CENTER                )
68 Harris Bushville Road                        )
Harris, NY 12742-0800,                          )
                                                )
CGH MEDICAL CENTER                              )
100 East Lefevre Road                           )
Sterling, IL 61081-1279,                        )
                                                )
CHAMPLAIN VALLEY PHYSICIANS HOSPITAL            )
75 Beekman Street                               )
Plattsburgh, NY 12901-1438,                     )
                                                )
CHESAPEAKE HOSPITAL CORPORATION                 )
d/b/a RAPPAHANNOCK GENERAL HOSPITAL             )
101 Harris Road                                 )
Kilmarnock, VA 22482-3880,                      )

CHESHIRE MEDICAL CENTER                                                   )
580 Court Street                                                          )
Keene, NH 03431-1729,                                                     )
                                                                          )
CHIPPEWA COUNTY WAR MEMORIAL HOSPITAL,                                    )
INC d/b/a WAR MEMORIAL HOSPITAL                                           )
500 Osborn Boulevard                                                      )
Sault Ste. Marie, MI 49783-1884,                                          )
                                                                          )
CITIZENS MEMORIAL HOSPITAL DISTRICT                                       )
d/b/a CITIZENS MEMORIAL HOSPITAL                                          )
1500 North Oakland Avenue                                                 )
Bolivar, MO 65613-3099,                                                   )
                                                                          )
CLALLAM COUNTY PUBLIC HOSPITAL                                            )
DISTRICT 2                                                                )
d/b/a OLYMPIC MEDICAL CENTER                                              )
939 Caroline Street                                                       )
Port Angeles, WA 98362-3909,                                              )
                                                                          )
CLARION HOSPITAL                                                          )
One Hospital Drive                                                        )
Clarion, PA 16214-8501,                                                   )
                                                                          )
COFFEY COUNTY HOSPITAL                                                    )
801 North Fourth                                                          )
Burlington, KS 66839-0189,                                                )
                                                                          )
COMMUNITY MEMORIAL HEALTH CENTER                                          )
125 Buena Vista Circle                                                    )
South Hill, VA 23970-1431,                                                )
                                                                          )
CORNING HOSPITAL                                                          )
176 Denison Parkway East                                                  )
Corning, NY 14830-2899,                                                   )
                                                                          )
CORTLAND REGIONAL MEDICAL CENTER, INC.                                    )
134 Homer Avenue                                                          )
Cortland, NY 13045-1206,                                                  )
                                                                          )
DAVIS MEMORIAL HOSPITAL                                                   )
812 Gorman Avenue                                                         )
Elkins, WV 26241-3181,                                                    )
                                                                          )
                                                                          )
_____                              )

ESSENT HEALTHCARE - WAYNESBURG LLC          )
d/b/a SOUTHWEST REGIONAL MEDICAL CENTER     )
350 Bonar Avenue                            )
Waynesburg, PA 15370-1608,                  )
                                            )
ESSENT HEALTHCARE OF CONNECTICUT, INC.      )
d/b/a SHARON HOSPITAL                        )
50 Hospital Hill Road                       )
Sharon, CT 06069-0789,                      )
                                            )
FLAGSTAFF MEDICAL CENTER                     )
1200 North Beaver Street                    )
Flagstaff, AZ 86001-3118,                   )
                                            )
FREEPORT MEMORIAL HOSPITAL                   )
d/b/a FHN-MEMORIAL HOSPITAL                   )
1045 West Stephenson Street                 )
Freeport, IL 61032-4899,                    )
                                            )
FREMONT AREA MEDICAL CENTER                  )
450 East 23rd Street                        )
Fremont, NE 68025-2387,                     )
                                            )
GOLDEN VALLEY MEMORIAL HOSPITAL              )
DISTRICT                                    )
1600 North Second                          )
Clinton, MO 64735-1297,                     )
                                            )
GRENADA LAKE MEDICAL CENTER                  )
960 Avent Drive                            )
Grenada, MS 38901-5230,                     )
                                            )
HANNIBAL REGIONAL HOSPITAL                   )
6000 Hospital Drive                         )
Hannibal, MO 63401-6887,                     )
                                            )
HARRISBURG MEDICAL CENTER INC                )
100 Dr. Warren Tuttle Drive                 )
Harrisburg, IL 62946-0428,                  )
                                            )
HAYS MEDICAL CENTER  INC.                    )
2220 Canterbury Drive                       )
Hays, KS 67601-2370,                        )
                                            )
                                            )
                                            )

HEARTLAND REGIONAL MEDICAL CENTER )
5325 Faraon Street )
Saint Joseph, MO 64506-3488, )
)
IHC HEALTH SERVICES INC. )
d/b/a DIXIE REGIONAL MEDICAL CENTER )
1380 East Medical Center Drive )
Saint George, UT 84770-3705, )
)
ILLINOIS VALLEY COMMUNITY HOSPITAL )
925 West Street )
Peru, IL 61354-2757, )
)
INDIANA REGIONAL MEDICAL CENTER )
835 Hospital Road )
Indiana, PA 15701-3629, )
)
JACKSON COUNTY MEMORIAL HOSPITAL )
AUTHORITY )
d/b/a JACKSON COUNTY MEMORIAL  HOSPITAL )
1200 East Pecan )
Altus, OK 73521-6192, )
)
JEFFERSON HOSPITAL ASSOCIATION INC. )
d/b/a JEFFERSON REGIONAL MEDICAL CENTER )
1600 West 40th Avenue )
Pine Bluff, AR 71603-6301, )
)
KEOKUK AREA HOSPITAL )
1600 Morgan Street )
Keokuk, IA 52632-3497, )
)
KING'S DAUGHTERS MEDICAL CENTER )
427 Highway 51 North )
Brookhaven, MS 39601-2339, )
)
KNOX COMMUNITY HOSPITAL )
1330 Coshocton Road )
Mount Vernon, OH 43050-1495, )
)
LA PAZ REGIONAL HOSPITAL, INC. )
d/b/a LA PAZ REGIONAL HOSPITAL )
1200 West Mohave Road )
Parker, AZ 85344-6349, )
)
)

LABETTE COUNTY MEDICAL CENTER          )
1902 South U.S. Highway 59             )
Parsons, KS 67357-4948,                )
                                       )
LAKE REGIONAL HEALTH SYSTEM            )
54 Hospital Drive                      )
Osage Beach, MO 65065-3050,            )
                                       )
LAWRENCE MEMORIAL HOSPITAL             )
325 Maine Street                       )
Lawrence, KS 66044-1360,               )
                                       )
LEWIS COUNTY GENERAL HOSPITAL          )
7785 North State Street                )
Lowville, NY 13367,                    )
                                       )
LRG HEALTHCARE                         )
d/b/a LAKES REGION GENERAL HOSPITAL    )
80 Highland Street                     )
Laconia, NH 03246-3235,                )
                                       )
MAINE COAST REGIONAL HEALTH FACILITIES )
d/b/a MAINE COAST MEMORIAL HOSPITAL    )
50 Union Street                        )
Ellsworth, ME 04605-1599,              )
                                       )
MARQUETTE GENERAL HOSPITAL, INC.       )
d/b/a MARQUETTE GENERAL HEALTH SYSTEM  )
580 West College Avenue                )
Marquette, MI 49855-2711,              )
                                       )
MARY HITCHCOCK MEMORIAL HOSPITAL       )
One Medical Center Drive               )
Lebanon, NH 03756-0001,                )
                                       )
MARY IMOGENE BASSETT HOSPITAL          )
d/b/a BASSETT HEALTHCARE               )
One Atwell Road                        )
Cooperstown, NY 13326-1394,            )
                                       )
MARY LANNING MEMORIAL HOSPITAL         )
715 North St. Joseph Avenue            )
Hastings, NE 68901-4451,               )
                                       )
                                       )
_____)

MARY RUTAN HOSPITAL )
205 Palmer Avenue )
Bellefontaine, OH 43311-2298, )
)
MCDONOUGH COUNTY HOSPITAL DISTRICT )
d/b/a MCDONOUGH DISTRICT HOSPITAL )
525 East Grant Street )
Macomb, IL 61455-3318, )
)
MEADVILLE MEDICAL CENTER )
751 Liberty Street )
Meadville, PA 16335-2591, )
)
MEMORIAL HOSPITAL, INC. )
1000 Hospital Drive )
McPherson, KS 67460-2326, )
)
MERCY HOSPITAL OF TIFFIN, OHIO )
45 Saint Lawrence Drive )
Tiffin, OH 44883-8310, )
)
MIDMICHIGAN MEDICAL CENTER-MIDLAND )
4005 Orchard Drive )
Midland, MI 48670-0001, )
)
MILE BLUFF MEDICAL CENTER INC )
d/b/a HESS MEMORIAL HOSPITAL )
1050 Division Street )
Mauston, WI 53948-1931, )
)
MILES MEMORIAL HOSPITAL )
35 Miles Street )
Damariscotta, ME 04543-4047, )
)
MONTROSE MEMORIAL HOSPITAL )
800 South Third Street )
Montrose, CO 81401-4212, )
)
MUNSON MEDICAL CENTER )
1105 Sixth Street )
Traverse City, MI 49684-2386, )
)
NATHAN LITTAUER HOSPITAL & NURSING HOME )
99 East State Street )
Gloversville, NY 12078-1293, )
_____ )

NEWBERRY COUNTY MEMORIAL HOSPITAL            )
2669 Kinard Street                           )
Newberry, SC 29108,                          )
                                             )
NEWMAN MEMORIAL COUNTY HOSPITAL              )
d/b/a NEWMAN REGIONAL HEALTH                 )
1201 West 12th Avenue                        )
Emporia, KS 66801-2504,                      )
                                             )
NORTHEAST ARKANSAS BAPTIST MEMORIAL          )
HEALTH CARE, LLC d/b/a NEA BAPTIST           )
MEMORIAL HOSPITAL                            )
3024 Stadium Boulevard                       )
Jonesboro, AR 72401-7415,                    )
                                             )
NORTHWESTERN MEDICAL CENTER                  )
133 Fairfield Street                         )
Saint Albans, VT 05478-1726,                 )
                                             )
ONSLOW MEMORIAL HOSPITAL, INC                )
317 Western Boulevard                        )
Jacksonville, NC 28546-6379,                 )
                                             )
OTERO COUNTY HOSPITAL ASSOCIATION            )
d/b/a GERALD CHAMPION REGIONAL MEDICAL       )
CENTER                                       )
2669 N. Scenic Dr                            )
Alamogordo, NM 88310-8799,                   )
                                             )
OTTUMWA REGIONAL HEALTH CENTER INC.          )
1001 Pennsylvania Avenue                     )
Ottumwa, IA 52501-6427,                      )
                                             )
OWENSBORO MEDICAL HEALTH SYSTEM, INC.        )
811 East Parrish Avenue                      )
Owensboro, KY 42303-3258,                    )
                                             )
PASSAVANT MEMORIAL AREA HOSPITAL             )
ASSOCIATION                                  )
d/b/a PASSAVANT AREA HOSPITAL                )
1600 West Walnut                             )
Jacksonville, IL 62650-1199,                 )
                                             )
                                             )
                                             )
                                             )

PENOBSCOT BAY MEDICAL CENTER )
6 Glen Cove Drive )
Rockport, ME 04856-4240, )
)
PERRY MEMORIAL HOSPITAL AUTHORITY )
d/b/a PERRY MEMORIAL HOSPITAL )
501 14th Street )
Perry, OK 73077, )
)
PHELPS COUNTY REGIONAL MEDICAL CENTER )
1000 West 10th Street )
Rolla, MO 65401-2905, )
)
PIKEVILLE MEDICAL CENTER INC. )
911 Bypass Road )
Pikeville, KY 41501-1689, )
)
POCATELLO HOSPITAL, LLC )
d/b/a PORTNEUF MEDICAL CENTER )
651 Memorial Drive )
Pocatello, ID 83201-4071, )
)
POCONO MEDICAL CENTER )
206 East Brown Street )
E Stroudsburg, PA 18301-3094, )
)
PORTAGE HEALTH INC. )
500 Campus Drive )
Hancock, MI 49930-1569, )
)
PROMISE REGIONAL MEDICAL CENTER- )
HUTCHINSON, INC. )
1701 East 23rd Avenue )
Hutchinson, KS 67502-1128, )
)
RAPID CITY REGIONAL HOSPITAL INC. )
353 Fairmont Street )
Rapid City, SD 57701-7393, )
)
REGIONAL HEALTH NETWORK INC. )
d/b/a SPEARFISH REGIONAL HOSPITAL )
1440 North Main Street )
Spearfish, SD 57783-1505, )
)
)
_____ )

REGIONAL WEST MEDICAL CENTER                          )
4021 Avenue B                                         )
Scottsbluff, NE 69361-4695,                           )
                                                      )
REID HOSPITAL & HEALTH CARE SERVICES INC.             )
d/b/a REID HOSPITAL                                   )
1401 Chester Boulevard                                )
Richmond, IN 47374-1157,                              )
                                                      )
RICE MEMORIAL HOSPITAL                                )
301 Becker Avenue, S.W.                               )
Willmar, MN 56201-3395,                               )
                                                      )
RIDGECREST REGIONAL HOSPITAL                          )
1081 North China Lake Boulevard                       )
Ridgecrest, CA 93555-3130,                            )
                                                      )
SACRED HEART HEALTH SERVICES                          )
d/b/a AVERA SACRED HEART HOSPITAL                     )
501 Summit Street                                     )
Yankton, SD 57078-3855,                               )
                                                      )
SAINT JAMES HOSPITAL                                  )
2500 West Reynolds                                    )
Pontiac, IL 61764-9774,                               )
                                                      )
SALINA REGIONAL HEALTH CENTER, INC.                   )
400 South Santa Fe Avenue                             )
Salina, KS 67401-4143,                                )
                                                      )
SARAH BUSH LINCOLN HEALTH CENTER                      )
1000 Health Center Drive                              )
Mattoon, IL 61938-9253,                               )
                                                      )
SID PETERSON MEMORIAL HOSPITAL                        )
d/b/a PETERSON REGIONAL MEDICAL CENTER                )
551 Hill Country Drive                                )
Kerrville, TX 78028-6085,                             )
                                                      )
SKIFF MEDICAL CENTER                                  )
204 North Fourth Avenue East                          )
Newton, IA 50208-1006,                                )
                                                      )
SMYTH COUNTY COMMUNITY HOSPITAL                       )
565 Radio Hill Road                                   )
Marion, VA 24354,                                     )

SOMERSET COMMUNITY HOSPITAL                          )
d/b/a SOMERSET HOSPITAL                              )
225 South Center Avenue                              )
Somerset, PA 15501-2088,                             )
                                                    )
SONORA COMMUNITY HOSPITAL                            )
d/b/a SONORA REGIONAL MEDICAL CENTER                 )
1000 Greenley Road                                   )
Sonora, CA 95370-5200,                               )
                                                    )
SOUTHEASTERN OHIO REGIONAL MEDICAL                   )
CENTER INC.                                          )
1341 Clark Street                                    )
Cambridge, OH 43725-0610,                            )
                                                    )
SOUTHEASTERN REGIONAL MEDICAL CENTER                 )
300 West 27th Street                                 )
Lumberton, NC 28358-3075,                            )
                                                    )
SOUTHERN ILLINOIS HOSPITAL SERVICES                  )
d/b/a HERRIN HOSPITAL                                )
201 South 14th Street                                )
Carbondale, IL 62901-1462,                           )
                                                    )
SOUTHERN MONTEREY COUNTY                             )
MEMORIAL HOSPITAL                                    )
d/b/a GEORGE L MEE MEMORIAL HOSPITAL                 )
300 Canal Street                                     )
King City, CA 93930-3431,                            )
                                                    )
SOUTHERN OHIO MEDICAL CENTER                         )
1805 27th Street                                     )
Portsmouth, OH 45662-2640,                           )
                                                    )
SOUTHWESTERN VERMONT MEDICAL                         )
CENTER INC.                                          )
100 Hospital Drive                                   )
Bennington, VT 05201-5004,                           )
                                                    )
SSM REGIONAL HEALTH SERVICES                         )
d/b/a ST. FRANCIS HOSPITAL & HEALTH SERVICES         )
2016 South Main Street                               )
Maryville, MO 64468-2693,                            )
                                                    )
                                                    )
_____       )

ST MARY MEDICAL CENTER                                )
3333 North Seminary Street                            )
Galesburg, IL 61401-1299,                             )
                                                      )
ST MARY'S HOSPITAL                                    )
400 North Pleasant Avenue                             )
Centralia, IL 62801-3056,                             )
                                                      )
ST. FRANCIS HOSPITAL                                  )
3401 Ludington Street                                 )
Escanaba, MI 49829-1377,                              )
                                                      )
ST. JOSEPH'S MEDICAL CENTER                           )
523 N. 3rd Street                                     )
Brainerd, MN 56401-3098,                              )
                                                      )
ST. MARGARET'S HOSPITAL                               )
600 East First Street                                 )
Spring Valley, IL 61362-1599,                         )
                                                      )
ST. MARY'S HOSPITAL & MEDICAL CENTER, INC.            )
2635 North 7th Street                                 )
Grand Junction, CO 81501-8209,                        )
                                                      )
ST. MARY'S HOSPITAL STREATOR HOSPITAL                 )
111 Spring Street                                     )
Streator, IL 61364,                                   )
                                                      )
STILLWATER MEDICAL CENTER AUTHORITY                   )
d/b/a STILLWATER MEDICAL CENTER                       )
1323 West Sixth Street                                )
Stillwater, OK 74074-4399,                            )
                                                      )
SUTTER CENTRAL VALLEY HOSPITALS                       )
d/b/a MEMORIAL HOSPITAL LOS BANOS                     )
520 West I Street                                     )
Los Banos, CA 93635-3498,                             )
                                                      )
SUTTER COAST HOSPITAL                                 )
800 East Washington Boulevard                         )
Crescent City, CA 95531-8359,                         )
                                                      )
SUTTER HEALTH SACRAMENTO SIERRA REGION                )
d/b/a SUTTER AMADOR HOSPITAL                          )
200 Mission Boulevard                                 )
Jackson, CA 95642-2564,                               )

TAHLEQUAH HOSPITAL AUTHORITY )
d/b/a TAHLEQUAH CITY HOSPITAL )
1400 East Downing Street )
Tahlequah, OK 74465-1008, )
)
THE CARBON-SCHUYLKILL COMMUNITY )
HOSPITAL, INC. )
d/b/a ST. LUKE'S MINERS MEMORIAL HOSPITAL )
360 West Ruddle Street )
Coaldale, PA 18218-1087, )
)
THE RUTLAND HOSPITAL, INC. )
160 Allen Street )
Rutland, VT 05701-4595 )
)
THE TROVER CLINIC FOUNDATION, )
INCORPORATED )
d/b/a REGIONAL MEDICAL CENTER )
900 Hospital Drive )
Madisonville, KY 42431-1694, )
)
TRINITY REGIONAL MEDICAL CENTER )
802 Kenyon Road )
Fort Dodge, IA 50501-5740, )
)
TWIN COUNTY REGIONAL HEALTHCARE, INC )
200 Hospital Drive )
Galax, VA 24333-2227, )
)
UNITY HEALTHCARE )
d/b/a TRINITY MUSCATINE )
1518 Mulberry Avenue )
Muscatine, IA 52761-343, )
)
VALLEY VIEW HOSPITAL ASSOCIATION )
1906 Blake Avenue )
Glenwood Springs, CO 81601-4259, )
)
VAN WERT COUNTY HOSPITAL ASSOCIATION )
1250 South Washington Street )
Van Wert, OH 45891-2599, )
)
VERDE VALLEY MEDICAL CENTER )
269 South Candy Lane )
Cottonwood, AZ 86326-4170, )
_____ )

VIA CHRISTI HOSPITAL PITTSBURG, INC.    )
d/b/a MT. CARMEL REGIONAL MEDICAL    )
CENTER, INC.    )
1 Mount Carmel Way    )
Pittsburg, KS 66762,    )
    )
WAYNE MEMORIAL HOSPITAL INC.    )
2700 Wayne Memorial Drive    )
Goldsboro, NC 27534-9459,    )
    )
WAYNESBORO HOSPITAL    )
501 East Main Street    )
Waynesboro, PA 17268-2353,    )
    )
WEST BRANCH REGIONAL MEDICAL CENTER    )
d/b/a JOHN TOLFREE HEALTH SYSTEM    )
CORPORATION    )
2463 South M-30    )
West Branch, MI 48661-8738,    )
    )
WINONA HEALTH SERVICES    )
d/b/a WINONA COMMUNITY MEMORIAL    )
HOSPITAL    )
855 Mankato Avenue    )
Winona, MN 55987-4868,    )
    )
YAMPA VALLEY MEDICAL CENTER    )
1024 Central Park Drive    )
Steamboat Springs, CO 80487-8813,    )
    )
    )
        Plaintiffs,    )
      v.    )
    )
KATHLEEN SEBELIUS, in her official capacity as    )
SECRETARY OF THE UNITED STATES    )
DEPARTMENT OF HEALTH AND HUMAN    )
SERVICES,    )
    )
        Defendant.    )

## **COMPLAINT**

Plaintiffs Adirondack Medical Center; Alice Hyde Medical Center; Ashtabula County

Medical Center; Audrain Health Care, Inc. d/b/a Audrain Medical Center; Aurella Osborn Fox

Memorial Hospital d/b/a A.O. Fox Memorial Hospital; Baptist Health Hospitals d/b/a Baptist

Medical Center Stuttgart; Baptist Memorial Hospital-Booneville, Inc.; Bassett Hospital of

Schoharie County d/b/a Cobleskill Regional Hospital; Bay Area Hospital District d/b/a Bay Area

Hospital; Benefis Hospitals, Inc.; Blessing Hospital; Bothwell Regional Health Center; Campbell

County Memorial Hospital; Cape Cod Healthcare Inc. d/b/a Cape Cod Hospital; Capital Region

Medical Center; CarolinaEast Medical Center d/b/a CarolinaEast Health System; Catskill

Regional Medical Center; CGH Medical Center; Champlain Valley Physicians Hospital;

Chesapeake Hospital Corporation d/b/a Rappahannock General Hospital; Cheshire Medical

Center; Chippewa County War Memorial Hospital, Inc. d/b/a War Memorial Hospital; Citizens

Memorial Hospital District d/b/a Citizens Memorial Hospital; Clallam County Public Hospital

District 2 d/b/a Olympic Medical Center; Clarion Hospital; Coffey County Hospital; Community

Memorial Healthcenter; Corning Hospital; Cortland Regional Medical Center, Inc.; Davis

Memorial Hospital; Essent Healthcare -- Waynesburg LLC d/b/a Southwest Regional Medical

Center; Essent Healthcare of Connecticut, Inc.; Flagstaff Medical Center; Freeport Memorial

Hospital d/b/a FHN-Memorial Hospital; Fremont Area Medical Center; Golden Valley Memorial

Hospital District; Grenada Lake Medical Center; Hannibal Regional Hospital; Harrisburg

Medical Center Inc.; Hays Medical Center Inc.; Heartland Regional Medical Center; IHC Health

Services Inc. d/b/a Dixie Regional Medical Center; Illinois Valley Community Hospital; Indiana

Regional Medical Center; Jackson County Memorial Hospital Authority d/b/a Jackson County

Memorial Hospital; Jefferson Hospital Assn Inc. d/b/a Jefferson Regional Medical Center;

Keokuk Area Hospital; King's Daughters Medical Center; Knox Community Hospital; La Paz

Regional Hospital, Inc. d/b/a La Paz Regional Hospital; Labette County Medical Center; Lake

Regional Health System; Lawrence Memorial Hospital; Lewis County General Hospital;

LRGHealthcare d/b/a Lakes Region General Hospital; Maine Coast Regional Health Facilities d/b/a Maine Coast Memorial Hospital; Marquette General Hospital, Inc. d/b/a Marquette General Health System; Mary Hitchcock Memorial Hospital; Mary Imogene Bassett Hospital d/b/a Bassett Healthcare; Mary Lanning Memorial Hospital; Mary Rutan Hospital; McDonough County Hospital District d/b/a McDonough District Hospital; Meadville Medical Center; Memorial Hospital, Inc.; Mercy Hospital of Tiffin, Ohio; MidMichigan Medical Center— Midland; Mile Bluff Medical Center Inc. d/b/a Hess Memorial Hospital; Miles Memorial Hospital; Montrose Memorial Hospital; Munson Medical Center; Nathan Littauer Hospital & Nursing Home; Newberry County Memorial Hospital; Newman Memorial County Hospital d/b/a Newman Regional Health; Northeast Arkansas Baptist Memorial Health Care, LLC d/b/a NEA Baptist Memorial Hospital; Northwestern Medical Center; Onslow Memorial Hospital, Inc.; Otero County Hospital Association d/b/a Gerald Champion Regional Medical Center; Ottumwa Regional Health Center Inc.; Owensboro Medical Health System, Inc.; Passavant Memorial Area Hospital Association d/b/a Passavant Area Hospital; Penobscot Bay Medical Center; Perry Memorial Hospital Authority d/b/a Perry Memorial Hospital; Phelps County Regional Medical Center; Pikeville Medical Center Inc.; Pocatello Hospital, LLC d/b/a Portneuf Medical Center; Pocono Medical Center; Portage Health Inc.; Promise Regional Medical Center—Hutchinson, Inc.; Rapid City Regional Hospital Inc.; Regional Health Network Inc d/b/a Spearfish Regional Hospital; Regional West Medical Center; Reid Hospital & Health Care Services Inc. d/b/a Reid Hospital; Rice Memorial Hospital; Ridgecrest Regional Hospital; Sacred Heart Health Services d/b/a Avera Sacred Heart Hospital; Saint James Hospital; Salina Regional Health Center, Inc.; Sarah Bush Lincoln Health Center; Sid Peterson Memorial Hospital d/b/a Peterson Regional Medical Center; Skiff Medical Center; Smyth Medical Center; Smyth County Community

Hospital; Somerset Community Hospital d/b/a Somerset Hospital; Sonora Community Hospital d/b/a Sonora Regional Medical Center; Southeastern Ohio Regional Medical Center Inc.; Southeastern Regional Medical Center; Southern Illinois Hospital Services d/b/a Herrin Hospital; Southern Monterey County Memorial Hospital d/b/a George L. Mee Memorial Hospital; Southern Ohio Medical Center; Southwestern Vermont Medical Center Inc.; SSM Regional Health Services d/b/a St. Francis Hospital & Health Services; St. Mary Medical Center; St. Mary's Hospital; St. Francis Hospital; St. Joseph's Medical Center; St. Margaret's Hospital; St. Mary's Hospital & Medical Center, Inc.; St. Mary's Hospital Streator Hospital; Stillwater Medical Center Authority d/b/a Stillwater Medical Center; Sutter Central Valley Hospitals d/b/a Memorial Hospital Los Banos; Sutter Coast Hospital; Sutter Health Sacramento Sierra Region d/b/a Sutter Amador Hospital; Tahlequah Hospital Authority d/b/a Tahlequah City Hospital; The Carbon-Schuylkill Community Hospital, Inc. d/b/a St. Luke's Miners Memorial Hospital; The Rutland Hospital, Inc.; The Trover Clinic Foundation, Incorporated d/b/a Regional Medical Center; Trinity Regional Medical Center; Twin County Regional Healthcare, Inc.; Unity Healthcare d/b/a Trinity Muscatine; Valley View Hospital Association; Van Wert County Hospital Association; Verde Valley Medical Center; Via Christie Hospital Pittsburg, Inc. d/b/a Mt. Carmel Regional Medical Center, Inc.; Wayne Memorial Hospital Inc.; Waynesboro Hospital; West Branch Regional Medical Center d/b/a John Tolfree Health System Corporation; Winona Health Services d/b/a Winona Community Memorial Hospital; and Yampa Valley Medical Center (collectively, the "Plaintiff Hospitals") bring this action against Defendant Kathleen Sebelius in her official capacity as Secretary of the United States Department of Health and Human Services (the "Secretary") and for their Complaint state as follows on personal knowledge, information, and belief:

**NATURE OF THE ACTION**

1.     This lawsuit by 137 hospitals seeks declaratory and injunctive relief against the

Secretary's application of certain payment adjustments to hospital-specific rates.  As explained

in more detail below, the Secretary's application of these adjustments to the hospital-specific

rates violates Section 1886(d)(3)(A)(vi) of the Social Security Act (42 U.S.C.

§ 1395ww(d)(3)(A)(vi)) because that Section limits the Secretary's authority to adjust only the

"average *standardized amounts*" (emphasis added), which are different from the hospital-specific

rates.  It is furthermore arbitrary and capricious, not in accordance with the law, and in excess of

statutory authority.  The Secretary's unlawful application of these adjustments to the hospital-

specific rates has had the effect of lowering the Medicare reimbursement for each of the Plaintiff

Hospitals in an estimated aggregated amount of $86,561,348 for fiscal year 2011.

**PARTIES**

2.     The Plaintiff Hospitals from Provider Reimbursement Review Board ("PRRB")

case no. 11-0272GC are Flagstaff Medical Center and Verde Valley Medical Center.

3.     The Plaintiff Hospitals from PRRB case no. 11-0273GC are Baptist Memorial

Hospital-Booneville, Inc. and Northeast Arkansas Baptist Memorial Health Care, LLC. d/b/a

NEA Baptist Memorial Hospital.

4.     The Plaintiff Hospitals from PRRB case no. 11-0274GC are Rapid City Regional

Hospital Inc. and Regional Health Network Inc. d/b/a Spearfish Regional Hospital.

5.     The Plaintiff Hospitals from PRRB case no. 11-0276GC are Essent Healthcare -

Waynesburg LLC. d/b/a Southwest Regional Medical Center and Essent Healthcare Of

Connecticut, Inc. d/b/a Sharon Hospital.

6.     The Plaintiff Hospitals from PRRB case no. 11-0279GC are Memorial Hospital,

Inc. and Via Christi Hospital Pittsburg, Inc. d/b/a Mt. Carmel Regional Medical Center, Inc.

7.      The Plaintiff Hospitals from PRRB case no. 11-0280GC are Trinity Regional Medical Center and Unity Healthcare d/b/a Trinity Muscatine.

8.      The Plaintiff Hospitals from PRRB case no. 11-0281GC are Aurelia Osborn Fox Memorial Hospital d/b/a A.O. Fox Memorial Hospital, Bassett Hospital Of Schoharie County d/b/a Cobleskill Regional Hospital, and Mary Imogene Bassett Hospital d/b/a Bassett Healthcare.

9.      The Plaintiff Hospitals from PRRB case no. 11-0282GC are Saint James Hospital, St Mary Medical Center, and St. Francis Hospital.

10.     The Plaintiff Hospitals from PRRB case no. 11-0283GC are SSM Regional Health Services d/b/a St. Francis Hospital & Health Services and St Mary's Hospital.

11.     The Plaintiff Hospitals from PRRB case no. 11-0284GC are Miles Memorial Hospital and Penobscot Bay Medical Center.

12.     The Plaintiff Hospitals from PRRB case no. 11-0287G are Adirondack Medical Center, Alice Hyde Medical Center, Ashtabula County Medical Center, Audrain Health Care, Inc. d/b/a Audrain Medical Center, Baptist Health Hospitals d/b/a Baptist Medical Center Stuttgart, Bay Area Hospital District d/b/a Bay Area Hospital, Benefis Hospitals, Inc., Blessing Hospital, Bothwell Regional Health Center, Campbell County Memorial Hospital, Cape Cod Healthcare Inc. d/b/a Cape Cod Hospital, Capital Region Medical Center, Carolinaeast Medical Center d/b/a Carolinaeast Health System, Catskill Regional Medical Center, CGH Medical Center, Champlain Valley Physicians Hospital, Chesapeake Hospital Corporation d/b/a Rappahannock General Hospital, Cheshire Medical Center, Chippewa County War Memorial Hospital, Inc. d/b/a War Memorial Hospital, Citizens Memorial Hospital District d/b/a Citizens Memorial Hospital, Clallam County Public Hospital District 2 d/b/a Olympic Medical Center, Clarion Hospital, Coffey County Hospital, Community Memorial Healthcenter, Corning

Hospital, Cortland Regional Medical Center, Inc., Davis Memorial Hospital, Freeport Memorial

Hospital d/b/a FHN-Memorial Hospital, Fremont Area Medical Center, Golden Valley Memorial

Hospital District, Grenada Lake Medical Center, Hannibal Regional Hospital, Harrisburg

Medical Center Inc., Hays Medical Center Inc., Heartland Regional Medical Center, IHC Health

Services Inc. d/b/a Dixie Regional Medical Center, Illinois Valley Community Hospital, Indiana

Regional Medical Center, Jackson County Memorial Hospital Authority d/b/a Jackson County

Memorial Hospital, Jefferson Hospital Association Inc. d/b/a Jefferson Regional Medical

Center, Keokuk Area Hospital, King'S Daughters Medical Center, Knox Community

Hospital, La Paz Regional Hospital, Inc. d/b/a La Paz Regional Hospital, Labette County

Medical Center, Lake Regional Health System, Lawrence Memorial Hospital, Lewis County

General Hospital, LRGHealthcare d/b/a Lakes Region General Hospital, Maine Coast Regional

Health Facilities d/b/a Maine Coast Memorial Hospital, Marquette General Hospital, Inc. d/b/a

Marquette General Health System, Mary Hitchcock Memorial Hospital, Mary Lanning Memorial

Hospital, Mary Rutan Hospital, McDonough County Hospital District d/b/a McDonough District

Hospital, Meadville Medical Center, Mercy Hospital Of Tiffin, Ohio, Midmichigan Medical

Center-Midland, Mile Bluff Medical Center Inc. d/b/a Hess Memorial Hospital, Montrose

Memorial Hospital, Munson Medical Center, Nathan Littauer Hospital & Nursing

Home, Newberry County Memorial Hospital, Newman Memorial County Hospital d/b/a

Newman Regional Health, Northwestern Medical Center, Onslow Memorial Hospital,

Inc., Otero County Hospital Association d/b/a Gerald Champion Regional Medical

Center, Ottumwa Regional Health Center Inc., Owensboro Medical Health System,

Inc., Passavant Memorial Area Hospital Association d/b/a Passavant Area Hospital, Perry

Memorial Hospital Authority d/b/a Perry Memorial Hospital, Phelps County Regional Medical

Center, Pikeville Medical Center Inc., Pocatello Hospital, LLC. d/b/a Portneuf Medical

Center, Pocono Medical Center, Portage Health Inc., Promise Regional Medical Center-

Hutchinson, Inc., Regional West Medical Center, Reid Hospital & Health Care Services Inc.

d/b/a Reid Hospital, Rice Memorial Hospital, Ridgecrest Regional Hospital, Sacred Heart Health

Services d/b/a Avera Sacred Heart Hospital, Salina Regional Health Center, Inc., Sarah Bush

Lincoln Health Center, Sid Peterson Memorial Hospital d/b/a Peterson Regional Medical

Center, Skiff Medical Center, Smyth County Community Hospital, Somerset Community

Hospital d/b/a Somerset Hospital, Sonora Community Hospital d/b/a Sonora Regional Medical

Center, Southeastern Ohio Regional Medical Center Inc., Southeastern Regional Medical

Center, Southern Illinois Hospital Services d/b/a Herrin Hospital, Southern Monterey County

Memorial Hospital d/b/a George L. Mee Memorial Hospital, Southern Ohio Medical

Center, Southwestern Vermont Medical Center Inc., St. Joseph's Medical Center, St. Margaret's

Hospital, St. Mary's Hospital & Medical Center, Inc., St. Mary's Hospital Streator

Hospital, Stillwater Medical Center Authority d/b/a Stillwater Medical Center, Tahlequah

Hospital Authority d/b/a Tahlequah City Hospital, The Carbon-Schuylkill Community Hospital,

Inc. d/b/a St. Luke's Miners Memorial Hospital, The Rutland Hospital, Inc., The Trover Clinic

Foundation, Incorporated d/b/a Regional Medical Center, Twin County Regional Healthcare,

Inc., Valley View Hospital Association, Van Wert County Hospital Association, Wayne

Memorial Hospital Inc., Waynesboro Hospital, West Branch Regional Medical Center d/b/a John

Tolfree Health System Corporation, Winona Health Services d/b/a Winona Community

Memorial Hospital, and Yampa Valley Medical Center.

13.     The Plaintiff Hospitals from PRRB case no. 11-0318GC are Sutter Central Valley Hospitals d/b/a Memorial Hospital Los Banos, Sutter Coast Hospital, and Sutter Health Sacramento Sierra Region d/b/a Sutter Amador Hospital.

14.     The Plaintiff Hospitals are all short-term acute-care hospitals.  The Plaintiff Hospitals are providers of services as defined in the Social Security Act, 42 U.S.C. § 1395x(u), and have entered into agreements with the Secretary to provide services to Medicare beneficiaries pursuant to 42 U.S.C. § 1395cc.  The Plaintiff Hospitals receive reimbursement for services rendered to Medicare beneficiaries.

15.     Defendant Kathleen Sebelius is the Secretary of the United States Department of Health and Human Services ("HHS").  The Plaintiff Hospitals are suing the Secretary in her official capacity only.

16.     The Centers for Medicare & Medicaid Services ("CMS") is a federal agency within HHS.  CMS administers the Medicare program.

## JURISDICTION AND VENUE

17.     The Court has subject matter jurisdiction over this case pursuant to 42 U.S.C. § 1395oo(f)(1) and 28 U.S.C. § 1331.

18.     Venue is proper in the District of Columbia pursuant to 42 U.S.C. § 1395oo(f)(1) and 28 U.S.C. § 1391(e)(1).

## FACTUAL BACKGROUND

*Medicare's Inpatient Prospective Payment System*

19.     The Social Security Act ("the Act") establishes (among other things) a program of health insurance for the aged and the disabled, known as Medicare.  *See generally* 42 U.S.C. §§ 1395 *et seq.*; 42 C.F.R. Parts 400–429, 462–1008.  Section 1886 of the Act, codified at 42 U.S.C. § 1395ww, provides for the Inpatient Prospective Payment System (the "PPS"), whereby

acute-care hospitals are paid for any overnight stay by a program beneficiary that is covered

under Medicare Part A (Hospital Insurance).  Under the PPS, hospitals' payments are based upon

a beneficiary's diagnosis.  Different diagnoses are grouped into "diagnosis-related groups"

("DRGs"), and each group is assigned a particular "weight" that is intended to reflect the costs of

treating diagnoses within that group relative to the cost of treating an average patient.  In

simplified terms, hospitals are paid the product of a beneficiary's DRG weight multiplied by the

"Standardized Amount," a dollar amount that in fiscal year 2012 will be approximately $5,200.

*Sole Community Hospitals and Medicare-Dependent Small Rural Hospitals*

20.     Congress has provided for special treatment of certain types of hospitals under the

PPS.  Two such types of hospitals are Sole Community Hospitals ("SCHs"), as defined at 42

U.S.C. § 1395ww(d)(5)(D)(iii) and 42 C.F.R § 412.92(a), and Medicare-Dependent, Small Rural

Hospitals ("MDHs"), as defined at 42 U.S.C. § 1395ww(d)(5)(G)(iv) and 42 C.F.R § 412.108(a).

21.     SCHs and MDHs are paid under the PPS, but differently from other hospitals.

Medicare reimburses an SCH for services furnished to Medicare beneficiaries at the higher of its

"target amount," as defined in 42 U.S.C. § 1395ww(b)(3)(C) (the "Target Amount"), or the rate

determined under 42 U.S.C. § 1395ww(d)(1)(A)(iii) (referred to in the regulations, and herein, as

the "Federal Rate").  42 U.S.C. § 1395ww(d)(5)(D)(i).  Medicare reimburses an MDH for

services furnished to Medicare beneficiaries at the higher of the Federal Rate or the Federal Rate

plus 75 percent of the amount by which its Target Amount exceeds the Federal Rate.  42 U.S.C.

§ 1395ww(d)(5)(G)(ii).  The Target Amount is referred to in the regulations, and herein, as the

"hospital-specific rate" or "HSP."  *See* 42 C.F.R. §§ 412.92(d), 412.108(c).  A hospital's Target

Amount payment is the product of its HSP and the assigned DRG.  The Federal Rate is the

amount of payment that would be provided by multiplying the Standardized Amount by the DRG

plus other applicable adjustments.  Thus, the Target Amount and the Federal Rate may be expressed, respectively, by the following mathematical formulas:

**Target Amount = HSP * DRG**

**Federal Rate = Standardized Amount * DRG**

22.     All Plaintiff Hospitals are either SCHs or MDHs.

*The New Medicare Severity Diagnosis-Related Group System
and Related Budget-Neutrality Adjustments*

23.     Effective October 1, 2007, the Secretary began using a new classification system for DRGs that groups diagnoses into groups called Medicare Severity Diagnosis Related Groups ("MS-DRGs").  With the new system, the Secretary also announced her intent to adjust both the Standardized Amount and the HSPs to maintain budget neutrality during transition to the new classification system (referred to herein as the "Documentation and Coding Adjustment") pursuant to her authority under 42 U.S.C. § 1395ww(d)(3)(A)(vi).  *See* Changes to the Hospital IPPS and Fiscal Year 2008 Rates, 72 Fed. Reg. 47,130, 47,186, 47,423 (Aug. 22, 2007).

24.     On November 27, 2007, the Secretary announced that he would not apply the Document and Coding Adjustment to the HSP during fiscal year 2008, because "application of the documentation and coding adjustment to the hospital-specific rates is not consistent with the plain meaning of [42 U.S.C. § 1395ww(d)(3)(A)(vi)]."  Thus, for fiscal year 2008, the Documentation and Coding Adjustment was applied to the Standardized Amount only, and not to the HSP.

25.     On May 4, 2010, the Secretary again proposed to apply the Documentation and Coding Adjustment to the HSP under the authority granted by 42 U.S.C. § 1395ww(d)(5)(I)(i). Proposed Changes to the Hospital IPPS for Acute Care Hospitals and Proposed Fiscal Year 2011 Rates, 75 Fed. Reg. 23,852, 23,874 (May 4, 2010).  The Secretary finalized that adjustment in

24

the Final Rule 75 Fed. Reg. 50,042, 50,071 (Aug. 16, 2010). As such, beginning in fiscal year

2011, the Secretary began adjusting the HSP to maintain budget neutrality during transition to

the MS-DRG system.

*The Statutory Violation*

26.     The application of the Documentation and Coding Adjustment to the HSP rate

violates Section 1886(d)(3)(A)(vi) of the Act (42 U.S.C. § 1395ww(d)(3)(A)(vi)). That Section

provides that "the Secretary may adjust the average *standardized amounts* computed under this

paragraph for subsequent fiscal years so as to eliminate the effect of such coding or classification

changes" (emphasis added). The Secretary, however, seeks to circumvent the limiting language

of Section 1886(d)(3)(A)(vi) of the Act and apply the Documentation and Coding Adjustment to

an amount *other than* the Standardized Amount; that is, to the HSP rate.

27.     The application of the Documentation and Coding Adjustment to the HSP rate is

arbitrary and capricious, not in accordance with law, and in excess of statutory authority in

violation of the Administrative Procedure Act, 5 U.S.C. § 706(2).

*Procedural History*

28.     The Plaintiff Hospitals timely filed group appeals with the Provider

Reimbursement Review Board (the "PRRB").

29.     The Plaintiff Hospitals requested the PRRB issue a decision authorizing expedited

judicial review pursuant to 42 U.S.C. §1395oo(f)(1) and 42 C.F.R. § 405.1842.

30.     The PRRB issued its decision with respect to the Plaintiff Hospitals' claims on

May 18, 2011. The PRRB concluded that it lacked jurisdiction to determine the issues pursuant

to 42 U.S.C. § 1395oo(g)(2), and that it also lacked jurisdiction over Plaintiff Hospitals' claim

with respect to fiscal year 2012 because it was premature. The PRRB further concluded that if it

25

did have jurisdiction, it lacked authority to decide the question and expedited judicial review is appropriate.

31.     Pursuant to 42 C.F.R. § 405.1875(a) and (c)(4), on June 6, 2011, the Plaintiff Hospitals filed a request for the Administrator to review the PRRB's decision.  The PRRB reopened its decision for the purpose of correcting an error and re-issued a revised decision on July 14, 2011.  On August 23, 2011, Plaintiff Hospitals received a decision by the Administrator reversing the PRRB's determination that it lacked jurisdiction over Plaintiff Hospitals' claims and affirming the PRRB's decision that Plaintiff Hospitals' claims with respect to fiscal year 2012 were premature.  The Administrator further noted that her decision "remove[es] jurisdiction as an impediment to the EJR determinations made by the Board."

## COUNT I
### (Agency Action Not in Accordance with Law in Violation of the Administrative Procedure Act (5 U.S.C. §§ 706(2)(A), 706(2)(C))

32.     Paragraphs 1 to 31 are incorporated by reference as if set forth fully herein.

33.     The Administrative Procedure Act permits judicial review of agency actions, findings and conclusions that are "not in accordance with law" or are "in excess of statutory jurisdiction, authority, or limitations."  5 U.S.C. § 706(2)(A), (C).

34.     The Secretary's application of the Documentation and Coding Adjustment to the HSP violates Section 1886(d)(3)(A)(vi) of the Social Security Act (42 U.S.C. § 1395ww(d)(3)(A)(vi)).

35.     The Secretary's application of the Documentation and Coding Adjustment to the HSP is not in accordance with law and is in excess of her statutory jurisdiction, authority, and limitations.  It is therefore *ultra vires* and invalid, and should be set aside.  The Plaintiff Hospitals are aggrieved parties in that the Secretary's unlawful action has caused a loss of

reimbursement to the Plaintiff Hospitals in an aggregate amount that is estimated to be $86,561,348.

## COUNT II
### (Arbitrary and Capricious Agency Action in Violation of the Administrative Procedure Act (5 U.S.C. § 706(2)(A))

36.     Paragraphs 1 to 35 are incorporated by reference as if set forth fully herein.

37.     The Administrative Procedure Act permits judicial review of agency actions, findings, and conclusion that are "arbitrary, capricious, and an abuse of discretion."  5 U.S.C. § 706(2)(A).

38.     The Administrative Procedures Act provides that "agency action, findings, and conclusions found to be (A) arbitrary, capricious, an abuse of discretion, or otherwise not in accordance with law; […] (C) in excess of statutory jurisdiction, authority, or limitations, or short of statutory right," are unlawful.  5 U.S.C. § 706(2).

39.     The Secretary's application of the Documentation and Coding Adjustment to the HSP is arbitrary, capricious, and an abuse of discretion.

40.     The Secretary's application of the Documentation and Coding Adjustment to the HSP violates the Administrative Procedure Act, 5 U.S.C. § 706(2)(A).  The Plaintiff Hospitals are aggrieved parties in that the Secretary's unlawful action has caused a loss of reimbursement to the Plaintiff Hospitals in an aggregate amount that is estimated to be $86,561,348.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiff Hospitals respectfully request that this Court:

(a)     Enter judgment for the Plaintiff Hospitals and against the Secretary on both of the counts of this Complaint;

(b)     Declare that the Secretary's application of the Documentation and Coding Adjustment to the HSP is contrary to law and invalid;

27

(c)     Declare that the application of the Documentation and Coding Adjustment to the
        HSP is arbitrary, capricious, and an abuse of discretion;

(d)     Order the Secretary to recalculate HSP rates without the Documentation and
        Coding Adjustment;

(e)     Order the Secretary to pay the Plaintiff Hospitals the difference between
        payments made to the Plaintiff Hospitals using HSPs adjusted by the
        Documentation and Coding Adjustment and payments that would have been made
        to Plaintiff Hospitals without adjusting the HSP by the Documentation and
        Coding Adjustment;

(f)     Award the Plaintiff Hospitals interest on the amounts due them pursuant to 42
        U.S.C. § 1395oo(f)(2);

(g)     Enjoin the Secretary from applying the Documentation and Coding Adjustment to
        the HSP; and

(h)     Provide such other and further relief as the Court deems proper.

                                        Respectfully Submitted,
                                        ADIRONDACK MEDICAL CENTER, et al.
                                        By their attorneys,


                                        Ankur J. Goel, D.C. Bar # 451594
                                        John Walker, D.C. Bar # 991325
                                        McDermott Will & Emery LLP
                                        600 Thirteenth Street, N.W.
                                        Washington, D.C. 20005
                                        Telephone: 202.756.8000

Dated: September 15, 2011